Edward Burns, Respondent, v. Augustine Walsh, Appellant. Motion for reargument denied, with ten dollars costs.

---

SUPERIOR COURT OF BUFFALO — GENERAL TERM, JANUARY, 1895.

Charles J. Close, Respondent, v. Edward W. Potter, Appellant. — Judgment and order appealed from affirmed, with costs. TITUS, Ch. J., not sitting.

Jennie E. Wells, Respondent, v. Henry H. Wells, Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements. WHITE, J., not sitting.

Price A. Matteson, Appellant, v. Charles A. Seluckel, Respondent. — Judgment appealed from reversed, with costs.